1  JAMES V. FAZIO, III (CSB NO. 183353)
   jamesfazio@sandiegoiplaw.com
2  TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
   trevorcoddington@sandiegoiplaw.com
3  MARTIN B. READY (CSB NO. 239135)
   martyready@sandiegoiplaw.com
4  SAN DIEGO IP LAW GROUP LLP
   12526 High Bluff Drive, Suite 300
5  San Diego, CA 92130
   Telephone: (858) 792-3446
6  Facsimile: (858) 792-3501

7  Attorneys for Plaintiff,
   PATHWAY INNOVATIONS AND TECHNOLOGIES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11
   PATHWAY INNOVATIONS AND              CASE NO.    '15CV1538 JAH NLS
12 TECHNOLOGIES, INC., a California
   corporation,                         COMPLAINT FOR PATENT
13                                       INFRINGEMENT
                   Plaintiff,
14                                       DEMAND FOR JURY TRIAL
           vs.
15
   ADESSO, INC.; a California corporation; and
16 DOES 1 through 10, inclusive,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

                              **COMPLAINT**

1    Plaintiff Pathway Innovations and Technologies, Inc. ("Pathway") hereby complains of

2    Defendant Adesso, Inc., and DOES 1 through 10 (collectively, "Adesso"), and alleges as follows:

3                                    **NATURE OF THE ACTION**

4    1.    This is an action for patent infringement under the patent laws of the United States,

5    35 U.S.C. § 271, *et seq.*

6                                         **THE PARTIES**

7    2.    Pathway is a California corporation with its principal place of business located at

8    10211 Pacific Mesa Boulevard, Suite 412, San Diego, California 92121.

9    3.    Formed in 2008, Pathway is a privately-held company that designs, develops and

10   sells innovative products that enhance learning, improve communication, and help people save

11   time.  The company is the designer and manufacturer of HoverCam® branded software and

12   document cameras—a revolutionary product that combines the features of a digital camera and a

13   scanner into a new form factor.  Pathway has a strong track record for developing innovative

14   products, especially for the education market.  A HoverCam® document camera hovers over a

15   teacher's desk unobtrusively and is used by teachers to capture, manipulate and present seamless

16   video of documents and objects to students real-time.  Traditional scanners are too slow for the

17   classroom and conventional cameras lack sufficient resolution, zoom video, annotation

18   capability, and other functions needed for an effective learning environment.  However, a

19   HoverCam® document camera captures, digitizes and displays documents immediately at an

20   incredibly high resolution of 8 megapixels, which is about 4 times the resolution of a typical HD

21   television.  Moreover, HoverCam® users can manipulate, annotate, zoom and resize documents

22   and video without any loss in resolution, and can record and playback seamless video at a

23   remarkable 30 frames per second.  HoverCam® document cameras have won numerous awards

24   and are presently used in over 150,000 classrooms around the world.

25   4.    Pathway is informed and believes and based thereon alleges that Defendant

26   Adesso is an corporation organized and existing under the laws of the State of California with its

27   principal place of business located at 160 Commerce Way, Walnut, CA 91789.

28   5.    Pathway is ignorant of the true names and capacities of the parties sued herein as

-1-

**COMPLAINT**

DOES 1 through 10, inclusive, whether individual, corporate or otherwise, and therefore sues these defendants by such fictitious names.  Pathway will seek leave to amend the complaint to assert their true names when they have been ascertained.  Pathway is informed and believes and based thereon alleges that all defendants sued herein as DOES 1 through 10 are in some manner responsible for the acts and omissions alleged herein.

## JURISDICTION AND VENUE

6.      This Court has original and exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has personal jurisdiction over Adesso because it regularly conducts business and/or solicit business in California and within this District; because Adesso engages in other courses of conduct and derives revenue from products provided to residents of California and this District as well as substantial revenue from interstate and international commerce; because Adesso has purposefully established substantial, systematic and continuous contacts with California and this District and should reasonably expect to be haled into court in this District; and because Adesso has committed and continues to commit acts of patent infringement in California and this District in violation of 35 U.S.C. § 271, and placing infringing products into the stream of commerce, with the knowledge or understanding that such products are sold in the State of California, including in this District.  Adesso products may be purchased online through its e-shop (www.adesso-shop.com) or online retailer Amazon.com and through local resellers nationwide including those in California and this District such as Best Buy and Staples.  The acts by Adesso cause injury to Pathway within this District.

8.      Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because Adesso has regularly transacted business in California and within this District and offers for sale in this District products that infringe Pathway's patents, because certain of the acts complained of herein occurred in California and within this District, because Adesso derives and seeks to derive revenue from sales of infringing products sold in California and within this District, and because Adesso is subject to personal jurisdiction in this District.  In addition, venue is proper because Pathway's principal place of business is in this District and Pathway suffered harm in this district.

-2-

**GENERAL ALLEGATIONS**

9.     Pathway has protected its innovative designs and cutting-edge technologies through a broad range of intellectual property rights including the following design patents. Pathway owns all right, title, and interest in and to each of the asserted patents listed below.

10.     On January 15, 2013, the PTO duly and lawfully issued U.S. Design Patent No. D674,389, entitled "Document Imaging Instrument" ("the '389 patent").  Pathway is the owner by assignment of the '389 patent, a copy of which is attached hereto as Exhibit A.

11.     On November 1, 2011, the United States Patent & Trademark Office ("PTO") dully and lawfully issued U.S. Design Patent No. D647,906, entitled "Portable and Small Form Factor Document Camera and Scanner with Extendible Folding Arms" ("the 'D906 patent"). Pathway is the owner by assignment of the '906 patent, a copy of which is attached hereto as Exhibit B.

12.     Adesso has willfully copied Pathway's products.

13.     Pathway is informed and believes and based thereon alleges that the making, using, selling, offering for sale, and/or importation of Adesso's products infringe the '906 patent, and the '389 patent, including without limitation Adesso's NuScan 510 Visual Presenter ( the "Accused Product").

14.     Pathway is informed and believes and based thereon alleges that Adesso manufactures, uses, sells, and offers for sale in the United States, and imports into the United States, white label products including, but not limited to QView QPC20 by QOMO Hitevision, LLC, a Michigan limited liability company ("QOMO"), and SimplicityCam 2i by Recordex USA, Inc. ("Recordex"), a Georgia corporation.  The QView QPC20 and SimplicityCam2i are accused of infringing one or more Pathway patents in lawsuits against QOMO and Recordex, respectively, which are concurrently pending in this District.

**FIRST CLAIM FOR RELIEF**

**(Infringement of U.S. Design Patent No. D674,389)**

15.     Pathway repeats, realleges and incorporates by reference the preceding allegations above as though set forth fully herein.

-3-

**COMPLAINT**

16.     Adesso, by and through its agents, officers, directors, resellers, retailers, employees and servants, has been and is currently willfully and intentionally infringing the 'D389 patent by making, using, offering to sell, and/or selling in the United States, and/or importing into the United States the Accused Product, which embodies the design covered by the 'D389 patent. Adesso's acts constitute infringement of the 'D389 patent in violation of 35 U.S.C. §271. Pathway is further informed and believes and thereon alleges that Adesso's infringement is willful.

17.     Pathway is informed and believes and based thereon alleges that Adesso has had actual knowledge of the 'D389 patent at least as of January 15, 2013, or shortly thereafter. Pathway has marked its products with its patent numbers since at least June, 2015.

18.     As the side-by-side comparison shown below reveals, Adesso has misappropriated Pathway's patented design (shown left) in the Accused Product (shown right).



19.     Pathway is informed and believes and based thereon alleges that Adesso's infringement of the 'D389 patent will continue unless enjoined by this Court.

20.     By reason of the aforesaid infringing acts, Pathway has been damaged and is entitled to monetary relief in an amount to be determined at trial but in excess of the jurisdictional requirement of this Court.

**COMPLAINT**

21.     Because of the aforesaid infringing acts, Pathway has suffered and continues to suffer great and irreparable injury for which there is no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (Infringement of U.S. Design Patent No. D647,906)

22.     Pathway repeats, realleges and incorporates by reference the preceding allegations above as though set forth fully herein.

23.     Adesso, by and through its agents, officers, directors, resellers, retailers, employees and servants, has been and is currently willfully and intentionally infringing the 'D906 patent by making, using, offering to sell, and/or selling in the United States, and/or importing into the United States the Accused Product, which embodies the design covered by the 'D906 patent. Adesso's acts constitute infringement of the 'D906 patent in violation of 35 U.S.C. §271. Pathway is further informed and believes and thereon alleges that Adesso's infringement is willful.

24.     Pathway is informed and believes and based thereon alleges that Adesso became aware of the 'D906 patent at least as early as November 1, 2011.

25.     As the side-by-side comparison shown below reveals, Adesso has misappropriated Pathway's patented design (shown left) in the Accused Product (shown right).

**COMPLAINT**



FIG. 3

26.     Pathway is informed and believes and based thereon alleges that Adesso's infringement of the 'D906 patent will continue unless enjoined by this Court.

27.     By reason of the aforesaid infringing acts, Pathway has been damaged and is entitled to monetary relief in an amount to be determined at trial but in excess of the jurisdictional requirement of this Court.

28.     Because of the aforesaid infringing acts, Pathway has suffered and continues to suffer great and irreparable injury for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Pathway prays for judgment against Adesso as follows:

(a)     An Order adjudging Adesso to have infringed the 'D389 and 'D906 patents under 35 U.S.C. § 271;

(b)     An Order adjudging Adesso to have willfully infringed the 'D389 and 'D906 patents under 35 U.S.C. § 271;

(c)     A permanent injunction under 35 U.S.C. § 283 enjoining Adesso, its officers, directors, agents, servants, employees and attorneys, and those persons acting in concert or participation with Adesso, from directly and/or indirectly infringing the 'D389 and 'D906  patents

**COMPLAINT**

1  in violation of 35 U.S.C. § 271;

2          (d)      That Adesso account for all damages by its infringement of the 'D389 and 'D906

3  patents in violation of 35 U.S.C. § 271, and that Adesso pay to Pathway all damages suffered by

4  Pathway;

5          (e)      An order for a trebling of damages and/or enhanced damages due to Adesso's

6  willful misconduct under 35 U.S.C. § 284;

7          (f)      An Order adjudicating that this is an exceptional case;

8          (g)      An award to Pathway of the attorneys' fees and costs incurred by Pathway in

9  connection with this action under 35 U.S.C. § 285;

10         (h)      An award to Pathway of Adesso's total profits under 35 U.S.C. § 289;

11         (i)      An award of pre-judgment and post-judgment interest and costs of this action

12  against Adesso; and

13         (j)      For such other and further relief as the Court deems just and proper.

14  Dated:  July 13, 2015                  SAN DIEGO IP LAW GROUP LLP

15

16                                         By: /s/James V. Fazio, III
                                           _____
17                                              JAMES V. FAZIO, III
                                           TREVOR Q. CODDINGTON, PH.D.
18                                              MARTIN B. READY

19                                         Attorneys for Plaintiff,
                                           PATHWAY INNOVATIONS AND TECHNOLOGIES,
20                                         INC.

21                          **DEMAND FOR JURY TRIAL**

22         Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Pathway

23  Innovations and Technologies, Inc. hereby demands a trial by jury of all issues so triable.

24

25

26

27

28

**COMPLAINT**

1  Dated:  July 13, 2015                    SAN DIEGO IP LAW GROUP LLP

2

3                                           By: /s/James V. Fazio, III

4                                               JAMES V. FAZIO, III
                                                TREVOR Q. CODDINGTON, PH.D.
5                                               MARTIN B. READY

6                                           Attorneys for Plaintiff,
                                            PATHWAY INNOVATIONS AND TECHNOLOGIES,
7                                           INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

**COMPLAINT**