Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone:  202-256-1008
Facsimile:  888-706-1173

*Counsel for Defendant Adesso, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ADESSO, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:15-cv-01538-JLS-JLB<br><br>**NOTICE OF DEFENDANT ADESSO, INC.'S <u>UNOPPOSED</u> MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659(a)**<br><br>Hearing Date: October 29, 2015<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4A<br><br>NO ORAL ARGUMENT REQUESTED; HEARING DATE OBTAINED FOR NOTICE PURPOSES |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 29, 2015 at 1:30 a.m., or as soon thereafter as counsel may be heard by the Court, Defendant Adesso, Inc. hereby requests the Court to stay this action pursuant to 28 U.S.C. 1659(a) in view of a concurrent proceeding before the United States International Trade Commission ("ITC") involving the same parties, patents and accused products as in this action. The

1 | requested stay is mandatory pursuant to 28 U.S.C. 1659(a). Plaintiff has indicated that
2 | it does <u>not</u> oppose this motion. Defendant requested a hearing merely to comply with
3 | Local Rules and notice requirements, but does not request oral argument.
4 |      This motion is based on this Notice, the Memorandum of Points and Authorities
5 | filed in support thereof, the Declaration of Lei Mei and its attached exhibit, as well as
6 | such other argument and evidence as may later be submitted.

DATED: <u>OCTOBER 6, 2015</u>        **MEI & MARK LLP**

<u>s/ Lei Mei</u>
Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone:  202-256-1008
Facsimile:  888-706-1173

*Counsel for Defendant Adesso, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically, and pursuant to CivLR 5.4(c), was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on October 6, 2015.

s/ Lei Mei
Lei Mei