1  Lei Mei (SBN 240104)
2  mei@meimark.com
   MEI & MARK LLP
3  P.O. Box 65981
4  Washington, DC 20035-5981
   Phone: 202-256-1008
5  Facsimile: 888-706-1173

6
7  *Counsel for Defendant Adesso, Inc.*

8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**

10
11 PATHWAY INNOVATIONS AND              Case No. 3:15-cv-01538-JLS-JLB
   TECHNOLOGIES, INC., a California
12 Corporation,

13             Plaintiff,               **MEMORANDUM OF POINTS AND**
                                        **AUTHORITIES IN SUPPORT OF**
14                                      **DEFENDANT ADESSO, INC.'S**
        v.                             **UNOPPOSED MOTION TO STAY**
15                                      **PURSUANT TO 28 U.S.C. § 1659(a)**

16 ADESSO, INC., a California
   Corporation; and DOES 1 through 10,  Hearing Date: October 29, 2015
17 inclusive,                          Hearing Time: 1:30 p.m.
                                        Courtroom: 4A
18             Defendants.
19                                      NO ORAL ARGUMENT REQUESTED;
                                        HEARING DATE OBTAINED FOR
20                                      NOTICE PURPOSES
21
22
23
24
25
26
27
28

1    Plaintiff filed this action on July 13, 2015, alleging infringement of U.S. Design

2    Patent Nos. D674,389 and D647,906. Plaintiff also filed a Complaint Under Section

3    337 of The Tariff Act of 1930, as Amended, before the United States International

4    Trade Commission ("ITC"), asking the ITC to institute an investigation under Section

5    337 against Defendant in this civil action. In its ITC Complaint, Plaintiff asserts

6    infringement of the same patents at issue here against Defendant.

7    On September 18, 2015, the ITC instituted the investigation titled *In the Matter*

8    *of Certain Document Cameras and Software for Use Therewith*, Inv. No. 337-TA-967

9    ("the ITC Proceeding") by publishing a Notice of Institution in the Federal Register.

10    19 C.F.R. § 210.10(b); *see* Mei Decl. Ex. A (Notice of Investigation published in

11    Federal Register on September 24, 2010).

12    Under Section 1659 of Title 28, upon the request of any party to a civil action

13    that is also a respondent in an ITC investigation involving the parties in the civil

14    action, the Court "shall stay, until the determination of the Commission becomes final,

15    proceedings in the civil action with respect to any claim that involves the same issues

16    involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is

17    mandatory if it is made within thirty days from the later of (1) the party being named a

18    respondent in a proceeding before the ITC, or (2) the filing of the district court action.

19    28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo*, 478 F. 3d 1345, 1355 (Fed. Cir.

20    2007) (granting a writ of mandamus and directing a district court to stay proceedings

21    pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding becomes final).

22    The ITC Proceeding, instituted on September 18, 2015, involves the same

23    Defendant in this civil action. Mei Decl. Ex. A. Plaintiff alleges infringement of the

24    same patents in both the ITC proceeding and this parallel civil action. Accordingly, the

25    issues are the same between the ITC proceeding and this action with respect to

26    Defendant. Moreover, this motion has been filed within thirty days of Defendant being

27    named as a respondent in the ITC proceeding.

28

1    Defendant's Counsel communicated telephonically with Plaintiff's counsel on

2  October 2, 2015, about Defendant's intent to file this motion. Plaintiff's counsel

3  indicated on that date that Plaintiff does not oppose this motion to stay.

4    For all the foregoing reasons, Defendant respectfully requests that the Court stay

5  this action pursuant to 28 U.S.C. § 1659(a).

6

7  DATED: <u>OCTOBER 6, 2015</u>          **MEI & MARK LLP**

8                                  <u>s/ Lei Mei</u>

9                                  Lei Mei (SBN 240104)
                                   mei@meimark.com
10                                 MEI & MARK LLP
                                   P.O. Box 65981
11                                 Washington, DC 20035-5981
                                   Phone:  202-256-1008
12                                 Facsimile:  888-706-1173

13

14                                 *Counsel for Defendant Adesso, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically, and pursuant to CivLR 5.4(c), was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on October 6, 2015.

s/ Lei Mei
Lei Mei