Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone: 202-256-1008
Facsimile: 888-706-1173

*Counsel for Defendant Adesso, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADESSO, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-01538-JLS-JLB<br><br>**DECLARATION OF LEI MEI IN SUPPORT OF DEFENDANT ADESSO, INC.'S <u>UNOPPOSED</u> MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659(a)**<br><br>Hearing Date: October 29, 2015<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4A<br><br>NO ORAL ARGUMENT REQUESTED; HEARING DATE OBTAINED FOR NOTICE PURPOSES |

I, Lei Mei (SBN 240104), hereby declare as follows:

1. I am a partner of the law firm Mei & Mark LLP, counsel for Defendant Adesso, Inc.

2. I make this declaration in support of Defendant's Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659(a).

3. Attached to this declaration as Exhibit A is a true and correct copy of the International Trade Commission's Notice of Investigation for Investigation No. 337-TA-967 published in the Federal Register on September 24, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this fifth day of October, 2015, in Washington, D.C.

                                           s/ Lei Mei
                                           Lei Mei