## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years old, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On October 15, 2015, I filed a copy of the following document(s):

**(1) REPLY TO DEFENDANT ADESSO, INC.'S <u>UNOPPOSED</u> MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659(A)**

**(2) DECLARATION OF TREVOR CODDINGTON**

with the Clerk of the Court using the CM/ECF system. A true and correct copy was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

I hereby certify and declare, under the penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct.

Executed on this 15th day of October 2015, at San Diego, California.

By:  /s/Trevor Coddington
Trevor Coddington

**CASE NO. 3:15-CV-1538-JLS-JLB**