JAMES V. FAZIO, III (CSB NO. 183353)
jamesfazio@sandiegoiplaw.com
TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
trevorcoddington@sandiegoiplaw.com
MARTIN B. READY (CSB NO. 239135)
martyready@sandiegoiplaw.com
SAN DIEGO IP LAW GROUP LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3446
Facsimile: (858) 792-3501

Attorneys for Plaintiff,
PATHWAY INNOVATIONS AND TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADESSO, INC.; a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:15-CV-1538-JLS-JLB<br><br>**JOINT STATUS REPORT AND REQUEST TO LIFT STAY** |

1  Pursuant to this Court's October 23, 2015 Order, Dkt. No. 15, Plaintiff Pathway
2  Innovations and Technologies, Inc. ("Pathway") and Defendant Adesso, Inc. ("Adesso") jointly
3  report as follows:
4  The Court's stay order explicitly states that "the parties shall file a joint status within
5  fourteen (14) days of the ITC's entry of **Defendant's Proposed Consent Order** in the '967
6  Investigation or, if the ITC does not terminate its investigation as to Adesso pursuant to its
7  Proposed Consent Order, within fourteen (14) days of the ITC's final decision in the '967
8  Investigation." Dkt. No. 15 (emphasis added). Pathway therefore states that lifting the stay in
9  this matter is not conditioned upon termination of the ITC investigation as to all respondents. On
10  November 23, 2015, the United States International Trade Commission terminated its
11  investigation of Adesso based upon entry of the Consent Order attached hereto as Exhibit A.
12  Because the ITC investigation has been terminated as to Adesso, Pathway respectfully requests
13  that the Court lift the stay in this matter.
14  Adesso plans to file a motion for discretionary stay of the present proceeding pending
15  resolution of the related ITC proceeding. Adesso hereby requests that the Court permit Adesso to
16  file a motion for discretionary stay by Monday, January 11, 2016.

| | | |
|---|---|---|
| 1 | Dated: December 16, 2015 | SAN DIEGO IP LAW GROUP LLP |
| 2 | | |
| 3 | | By: /s/James V. Fazio, III |
| 4 | | JAMES V. FAZIO, III<br>TREVOR Q. CODDINGTON, PH.D.<br>MARTIN B. READY |
| 5 | | |
| 6 | | Attorneys for Plaintiff,<br>PATHWAY INNOVATIONS AND TECHNOLOGIES, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: December 16, 2015 | MEI & MARK LLP |
| 10 | | |
| 11 | | By: s/Lei Mei |
| 12 | | LEI MEI |
| 13 | | Attorney for Defendant,<br>ADESSO, INC. |

-2-

**15-CV-1538-JLS-JLB**