# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, DC

In the Matter of

CERTAIN DOCUMENT CAMERAS AND
SOFTWARE FOR USE THEREWITH

Investigation No. 337-TA-967

## CONSENT ORDER

The United States International Trade Commission (the "Commission") instituted this Investigation under Section 337 of the Tariff Act of 1930 as amended (19 U.S.C. § 1337), based upon the allegations contained in the Complaint filed by Complainant Pathway Innovations & Technologies, Inc. ("Pathway" or "Complainant"), which alleges unfair acts in the importation into the United States, the sale for importation into the United States, and the sale within the United States after importation of certain document cameras by Respondent Adesso, Inc. ("Adesso"), which are alleged to infringe U.S. Patent Nos. D647,906 (claim 1) and D674,389 (claim 1) ("Asserted Patents").

Adesso has executed a Consent Order Stipulation in which it agrees to the entry of this Consent Order and to all waivers and provisions as required by the Commission's Rules of Practice and Procedure, and has filed a Motion for Termination of Investigation with respect to its accused document cameras based on the Consent Order Stipulation.

**NOW, THEREFORE**, the Commission issues the following Consent Order:

(1) Upon entry of this Consent Order, Adesso shall not sell for importation, import into the United States, or sell in the United States after importation, directly or indirectly, or knowingly aid, abet, encourage, participate in, or induce the sale for importation, importation into the United States or sale in the United States after importation any document cameras that

infringe claim 1 of U.S. Patent No. D647,906 and/or claim 1 of U.S. Patent No. D674,389, except under consent or license from Complainant.

(2) Adesso shall be precluded from seeking judicial review or otherwise challenging or contesting the validity of the Consent Order.

(3) Adesso shall cooperate with and shall not seek to impede by litigation or other means of the Commission's efforts to gather information under subpart I of the Commission's Rules of Practice and Procedure, 19 C.F.R. Part 210.

(4) Adesso and its officers, directors, employees, agents, and any entity or individual acting on its behalf and with its authority, shall not seek to challenge the validity or enforceability of the Asserted Patents in any administrative or judicial proceeding to enforce the Consent Order.

(5) When each of the Asserted Patents expires, this Consent Order shall become null and void.

(6) If any claim of the Asserted Patents is held invalid or unenforceable by a court or agency of competent jurisdiction in a final decision, no longer subject to appeal, this Consent Order shall become null and void as to such invalid or unenforceable claim.

(7) The Investigation is hereby terminated with respect to Adesso; provided, however, that enforcement, modification, or revocation of the Consent Order shall be carried out pursuant to Subpart I of the Commission's Rules of Practice and Procedure, 19 C.F.R. Part 210.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued: November 23, 2015

CERTAIN DOCUMENT CAMERA AND SOFTWARE FOR USE THEREWITH

Inv. No. 337-TA-967

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **ORDER** has been served by hand upon the following parties as indicated, on **November 24, 2015**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**On Behalf of Complainant Pathway Innovations & Technologies, Inc.:**

Trevor Q. Coddington, Ph.D.
**SAN DIEGO IP LAW GROUP LLP**
12526 High Bluff Drive, Suite 300
San Diego, CA 92121

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondent Recordex USA, Inc.**

T. Spence Chubb, Esq.
**LAW OFFICE OF T. SPENCE CHUBB**
1025 Connecticut Ave. NW, Suite 1000
Washington, DC 20036

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondent Adesso, Inc.:**

Lei Mei, Esq.
**MEI & MARK LLP**
818 18th Street NW, Suite 410
Washington, DC 20006

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**Respondent:**

QOMO HiteVision, LLC
46950 Magellan Drive
Wixom, MI 48393

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____