JAMES V. FAZIO, III (CSB NO. 183353)
jamesfazio@sandiegoiplaw.com
TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
trevorcoddington@sandiegoiplaw.com
MARTIN B. READY (CSB NO. 239135)
martyready@sandiegoiplaw.com
SAN DIEGO IP LAW GROUP LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3446
Facsimile: (858) 792-3501

Attorneys for Plaintiff,
PATHWAY INNOVATIONS AND TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADESSO, INC.; a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:15-CV-1538-JLS-JLB<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the following document(s):

**JOINT STATUS UPDATE AND REQUEST TO LIFT STAY**

with the Clerk of the Court using the CM/ECF system.  A true and correct copy was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

**CM/ECF:** Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 16, 2015 at San Diego, California.

          /s/James V. Fazio
          James V. Fazio