UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>ADESSO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 15-CV-1538 JLS (JLB)<br><br>**ORDER LIFTING STAY**<br><br>(ECF No. 16) |

On October 23, 2015, the Court granted Defendant Adesso, Inc.'s Motion to Stay and ordered the parties to file a joint status report within fourteen days of the United States International Trade Commission's ("ITC") entry of Defendant's proposed consent order or, if the ITC did not terminate its investigation as to Defendant pursuant to its proposed consent order, within fourteen days of the ITC's final decision. (ECF No. 15.) The ITC entered a consent order terminating its investigation of Defendant on November 23, 2015. (ECF No. 16 Ex. A.)

Presently before the Court is the parties' Joint Status Report and Request to Lift Stay. (ECF No. 16.) Plaintiff Pathway Innovations and Technologies, Inc. asks the Court to lift the stay in light of the ITC's termination of its investigation of Defendant. (ECF No.

16 at 2[1].) Defendant requests that the Court permit it to file a motion for discretionary stay by Monday, January 11, 2016. (*Id.*)

In light of the foregoing, the Court **HEREBY LIFTS** the stay. Defendant may file a motion for a discretionary stay pursuant to this District's Local Rules by Monday, January 11, 2016.

**IT IS SO ORDERED.**

Dated: December 18, 2015

Hon. Janis L. Sammartino
United States District Judge

---

[1] For ease of reference, page citations to docketed materials refer to the CM/ECF page number.