Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone:  202-256-1008
Facsimile:  888-706-1173

*Counsel for Defendant Adesso, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADESSO, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-01538-JLS-JLB<br><br>**NOTICE OF DEFENDANT ADESSO, INC.'S MOTION FOR A DISCRETIONARY STAY**<br><br>Hearing Date: February 18, 2016<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 18, 2016 at 1:30 a.m., or as soon thereafter as counsel may be heard by the Court, Defendant Adesso, Inc. hereby requests the Court to stay this action in view of a concurrent proceedings (i) before the United States International Trade Commission ("ITC") and (ii) a related action before this Court, Case No. 3:15-cv-01536-JLS-JLB, both involving the same patents as in this action. This Court has discretion to grant this request for stay. Plaintiff opposes this motion.

This motion is based on this Notice, the Memorandum of Points and Authorities filed in support thereof, a supporting declaration, exhibits, as well as such other argument and evidence as may later be submitted.

DATED: <u>JANUARY  11, 2015</u>  **MEI & MARK LLP**

s/ Lei Mei
Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone:  202-256-1008
Facsimile:  888-706-1173

*Counsel for Defendant Adesso, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically, and pursuant to CivLR 5.4(c), was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on January 11, 2015.

s/ Lei Mei
Lei Mei