# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FUJIAN HONGAN ELECTRIC CO., LTD., *et al.*,<br><br>    Defendants.<br>                                  / | No. CV 10-03961 WHA<br><br>**ORDER STAYING CASE PENDING OUTCOME OF ITC INVESTIGATION** |

United States District Court
For the Northern District of California

      In this patent infringement dispute involving ground fault circuit interrupters, defendants move to stay this action pursuant to 28 U.S.C. 1659 until the determination of the United States International Trade Commission becomes final in the ITC proceeding recently initiated between defendants and plaintiff in the instant action. The ITC investigation, entitled "In re Matter of: Certain Ground Fault Circuit Interrupters and Products Containing Same" (Inv. No. 337-TA-739), was instituted pursuant to 19 U.S.C. 1337 on October 1, 2010, and involves the exact same patents asserted herein (*see* Mei Decl. Exh. A). Notice of the ITC's investigation was published in the Federal Register on October 8. Plaintiff Leviton Manufacturing Co, Inc., does not oppose the motion (Br. 2).

      28 U.S.C. 1659 states the following with respect to granting such relief:

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the

|  |  |
|---|---|
| 1 | request of a party to the civil action that is also a respondent in the proceeding before the Commission, *the district court shall stay*, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within — |

(1)  30 days after the party is named as a respondent in the proceeding before the Commission, or

(2)  30 days after the district court action is filed, whichever is later.

28 U.S.C. 1659 (emphasis added).

Given this rule, a stay of the entire action is appropriate. The parties who filed the instant motion were named as respondents in the ITC proceeding on October 1. The investigation was announced in the Federal Register one week later. The request to stay this litigation, filed on October 22, is clearly timely under 28 U.S.C. 1659(a)(1). Additionally, the patent infringement and trade secret misappropriation claims in the instant action undoubtedly involve the same three patents and patented technology at issue in the pending ITC investigation.

For these reasons, pursuant to 28 U.S.C. 1659(a)(1), defendants' request to stay this action until the determination of the ITC investigation becomes final is **GRANTED**. A status conference will be set for **11:00 A.M. ON MARCH 28, 2011**, to ensure that this litigation does not "fall behind the radiator." The parties shall submit a joint statement no later than **SEVEN CALENDAR DAYS** prior to the status conference providing the Court with an update on the status of the ITC investigation. If the ITC's final determination is made prior to the status conference date, the parties shall notify the Court within ten days of such determination.

**IT IS SO ORDERED.**

Dated:  October 22, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

# EXHIBIT B

Lei Mei (SBN 240104)
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone: 202-256-1008
Facsimile: 202-658-7441
Email: mei@meimark.com

Counsel for Defendants Fujian Hongan Electric Co., Ltd.,
Zhejiang Trimone Electric Science & Technology Co., Ltd.,
The Designers Edge, Inc., Royal Pacific Ltd., Menard, Inc.,
Garvin Industries, Inc., and Safety Plus, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al. <br><br> Defendants. | Case No.: 3:10-cv-03961-WHA <br><br> **UNOPPOSED MOTION TO STAY BY FUJIAN HONGAN ELECTRIC CO., LTD., ZHEJIANG TRIMONE ELECTRIC SCIENCE & TECHNOLOGY CO., LTD., THE DESIGNERS EDGE, INC., ROYAL PACIFIC LTD., MENARD, INC., GARVIN INDUSTRIES, INC., AND SAFETY PLUS, INC., UNDER 28 U.S.C. § 1659** <br><br> **Judge William H. Alsup** <br><br> DATE: December 2, 2010 <br> TIME: 8:00 a.m. <br> COURTROOM: 9, 19th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on December 2, 2010, at 8:00 a.m., or as soon thereafter as counsel may be heard in this Court, Defendants Fujian Hongan Electric Co., Ltd., Zhejiang Trimone Electric Science & Technology Co., Ltd., The Designers Edge, Inc., Royal Pacific Ltd., Menard, Inc., Garvin Industries, Inc., and Safety Plus, Inc. (collectively, "moving Defendants"), will and hereby do move this Court for a stay of these proceedings pursuant to 28 U.S.C. § 1659.[1]

The moving Defendants hereby move this Court to stay this action until the determination of the U.S. International Trade Commission ("ITC") becomes final in the ITC proceeding between the moving Defendants and Plaintiff that involves the same patents asserted by Plaintiff in these proceedings. The moving Defendants have conferred with counsel for Plaintiff, and Plaintiff does not oppose this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This action was filed on September 3, 2010, alleging infringement of U.S. Patent No. 7,463,124 ("the '124 patent"), U.S. Patent No. 7,737,809 ("the '809 patent"), and U.S. Patent No. 7,764,151 ("the '151 patent"), and trade secret misappropriation. Plaintiff also filed a Complaint Under Section 337 of The Tariff Act of 1930, as Amended, before the ITC, asking the ITC to institute an investigation under Section 337 against all defendants in this civil action. In

---

[1] By virtue of this motion, none of the moving Defendants waives any procedural rights or any defenses it may be permitted to raise under Rule 12 of the Federal Rules of Civil Procedure or otherwise, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process. Rather, each of the Defendants expressly reserves the right to raise all defenses available, including, but not limited to, any defenses under Rule 12.

1    their ITC Complaint, Plaintiffs assert infringement of the same '124, '809, and '151 patents at

2    issue here.

3          On October 8, 2010, the ITC instituted the investigation titled *In the Matter of Certain*

4    *Ground Fault Circuit Interrupters and Products Containing the Same*, Inv. No. 337-TA-739

5    ("the ITC Proceeding") by publishing a Notice of Institution in the Federal Register. 19 C.F.R.

6    § 210.10(b); *see* Mei Decl. Ex. A at 2 (Notice of Investigation published in Federal Register on

7    October 8, 2010).

8          Under Section 1659 of Title 28, upon the request of any party to a civil action that is also

9    a respondent in an ITC investigation involving the parties in the civil action, the Court "shall

10   stay, until the determination of the Commission becomes final, proceedings in the civil action

11   with respect to any claim that involves the same issues involved in the proceeding before the

12   Commission." 28 U.S.C. § 1659(a). This stay is mandatory if it is made within thirty days from

13   the later of (1) the party being named a respondent in a proceeding before the lTC, or (2) the

14   filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo*, 478 F. 3d

15   1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus and directing a district court to stay

16   proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding becomes final).

17         The ITC Proceeding involves the moving Defendants in this civil action. *See* Exhibit A

18   at 62420. Plaintiff alleges infringement of the '124, '809, and '151 patents in both the ITC

19   proceeding and this parallel civil action. Accordingly, the issues are the same between the ITC

20   proceeding and this action with respect to the moving Defendants. On October 8, 2010, the

21   Notice of Institution issued by the ITC was published in the Federal Register, thus commencing

22   the ITC proceeding. *See* Mei Decl. Ex. A at 2. Thus, this motion has been filed within thirty

23   days of the moving Defendants being named as respondents in an ITC proceeding.

24

25         -3-
      **UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 – CASE NO. 3:10-CV-03961-WHA**

1    Counsel for the moving Defendants communicated telephonically with Plaintiff's counsel

2    on October 21, 2010, about the moving Defendants' intent to file this motion. Plaintiff's counsel

3    indicated on this date that Plaintiff does not oppose this motion to stay.

4    For all the foregoing reasons, the moving Defendants respectfully request that the Court

5    stay this action under 28 U.S.C. § 1659(a).

7    DATED:  October 22, 2010            Respectfully submitted,

                                         /s/ Lei Mei

                                         _____
                                         Lei Mei (SBN 240104)
                                         MEI & MARK LLP
                                         P.O. Box 65981
                                         Washington, DC 20035-5981
                                         Phone:  202-256-1008
                                         Facsimile:  202-658-7441
                                         Email:  mei@meimark.com

                                         Counsel for Defendants Fujian Hongan Electric Co., Ltd.,
                                         Zhejiang Trimone Electric Science & Technology Co.,
                                         Ltd., The Designers Edge, Inc., Royal Pacific Ltd., Menard,
                                         Inc., Garvin Industries, Inc., and Safety Plus, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies that the **UNOPPOSED MOTION TO STAY BY FUJIAN HONGAN ELECTRIC CO., LTD., ZHEJIANG TRIMONE ELECTRIC SCIENCE & TECHNOLOGY CO., LTD., THE DESIGNERS EDGE, INC., ROYAL PACIFIC LTD., MENARD, INC., GARVIN INDUSTRIES, INC., AND SAFETY PLUS, INC.** was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action by the method shown below (i.e., served to registered ECF recipients via ECF electronic service and to the others by e-mail, air mail, or first-class mail) on October 22, 2010.

| | |
|---|---|
| George C. Best, Esq. | BY ECF |
| Gina A. Bibby, Esq. | gbest@foley.com |
| Lisa S. Mankofsky, Esq. | gbibby@foley.com |
| FOLEY & LARDNER LLP | lmankofsky@foley.com |
| 975 Page Mill Road | |
| Palo Alto, CA 94304 | |
| *Counsel for Plaintiff Leviton Manufacturing Co., Inc.* | |
| | |
| William F. Long | BY E-MAIL |
| SUTHERLAND ASBILL & BRENNAN LLP | william.long@sutherland.com |
| 999 Peachtree Street, NE | |
| Atlanta, GA 30309-3996 | |
| *Counsel for Defendants General Protecht Group, Inc., G-Techt Global Corporation, and SecurElectric Corporation* | |
| | |
| Shanghai ELE Manufacturing Corporation | BY AIR MAIL |
| SEC 2 Xingcheng Industrial Zone | |
| Qingpu, Shanghai 201703 China | |

| | | |
|---|---|---|
| 1 | Zhejiang Easting House Electric Co. | BY AIR MAIL |
| 2 | Yaozhuang Industrial Zone | |
| 3 | Jiashan, Zhejiang 314100 China | |
| 4 | Central Purchasing, LLC | BY FIRST-CLASS MAIL |
| 5 | 3491 Mission Oaks Blvd. | |
| 6 | Camarillo, CA 93011 | |
| 7 | Harbor Freight Tools USA, Inc. | BY FIRST-CLASS MAIL |
| 8 | 3491 Mission Oaks Blvd. | |
| 9 | Camarillo, CA 93011 | |
| 10 | Warehouse-Lighting.com LLC | BY FIRST-CLASS MAIL |
| 11 | W144 S6305 College Ctr. | |
| 12 | Muskego, WI 53150 | |
| 13 | Murray Lighting Co., Inc., d/b/a | BY FIRST-CLASS MAIL |
| 14 | Murray Lighting & Electrical Supply Co. | |
| 15 | 10227 W. Eight Mile | |
|  | Detroit, MI 48221 | |
| 16 | | |
| 17 | Electrical Marketplace, Inc. | BY FIRST-CLASS MAIL |
| 18 | 1702 SW 6th Avenue | |
| 19 | Boca Raton, FL 33486 | |
| 20 | C & S Sales LLC d/b/a | BY FIRST-CLASS MAIL |
| 21 | KK LITE.COM LLC | |
|  | 857 Hokulani St. | |
| 22 | Honolulu, HI 96825 | |

| | | |
|---|---|---|
| 1 | Big Deal Electric Corp. | BY FIRST-CLASS MAIL |
| 2 | 140 Greenmoor | |
| 3 | Irvine, CA  92614 | |
| 4 | U.S.A. Isocanal, Inc., d/b/a | BY FIRST-CLASS MAIL |
| 5 | Lamps One and AH Lighting | |
| 6 | 2444 Hunter Street | |
| 7 | Los Angeles, CA  90021 | |
| 8 | Interline Brands, Inc. d/b/a | BY FIRST-CLASS MAIL |
| 9 | AF Lighting | |
| 10 | c/o NRAI Services, Inc. | |
| 11 | 2731 Executive Park Drive - Suite 4 | |
|  | Weston, FL  33331 | |
| 12 | | |
| 13 | Hardware and Tools Corp. | BY FIRST-CLASS MAIL |
| 14 | c/o Corporation Service Company | |
| 15 | 11 S. 12th St. | |
|  | P.O. Box 1463 | |
| 16 | Richmond, VA  23218 | |
| 17 | Cost Less Lighting, Inc. | BY FIRST-CLASS MAIL |
| 18 | 1200 Goldenrod Court | |
| 19 | Yardley, PA  19067 | |
| 20 | Frontier Lighting, Inc. | BY FIRST-CLASS MAIL |
| 21 | 2090 Palmetto Street | |
|  | Clearwater, FL  33765 | |

- 7 -
UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 – CASE NO. 3:10-CV-03961-WHA

| | | |
|---|---|---|
| 1 | Orbit Industries, Inc. | BY FIRST-CLASS MAIL |
| 2 | 2100 S. Figueroa St. | |
| 3 | Los Angeles, CA  90007 | |
| 4 | Ready Wholesale Electric and Lighting, Inc. | BY FIRST-CLASS MAIL |
| 5 | d/b/a Ready Wholesale Electric Supply | |
|   | 18315 Sherman Way | |
| 6 | Reseda, CA  91335 | |
| 7 | | |
| 8 | W.E. Aubuchon Co., Inc. | BY FIRST-CLASS MAIL |
|   | d/b/a Aubuchon Hardware | |
| 9 | 95 Aubuchon Drive | |
| 10 | Westminster, MA  01473 | |
| 11 | | |
| 12 | Westside Wholesale Electric & Lighting, Inc., | BY FIRST-CLASS MAIL |
|    | Westside Electric Wholesale, Inc., and | |
| 13 | Westside Wholesale, Inc. | |
| 14 | 5670 Rickenbacker Road | |
|    | Bell, CA  90201 | |
| 15 | | |
| 16 | Deerso, Inc. | BY FIRST-CLASS MAIL |
| 17 | 910 S.E. 14th Place | |
|    | Cape Coral, FL  33990 | |
| 18 | | |
| 19 | Littman Bros. Energy Supplies, Inc. | BY FIRST-CLASS MAIL |
| 20 | 900 Estes Court | |
|    | Schaumburg, IL  60193 | |
| 21 | | |
| 22 | American Ace Supply Inc. | BY FIRST-CLASS MAIL |
| 23 | 923 Toland Street | |
|    | San Francisco, CA  94124 | |
| 24 | | |

| | | |
|---|---|---|
| New Aspen Devices Corp. | | BY FIRST-CLASS MAIL |
| 59 Van Dam St. | | |
| Brooklyn, NY 11222 | | |
| | | |
| Contractor Lighting & Supply, Inc. | | BY FIRST-CLASS MAIL |
| 250 East Broad St., Suite 200 | | |
| Columbus, OH 43215 | | |
| | | |
| American Electric Depot Inc. | | BY FIRST-CLASS MAIL |
| 56-24 199 St., 1FL | | |
| Fresh Meadows, NY 11365 | | |
| | | |
| Ingram Products, Inc. | | BY FIRST-CLASS MAIL |
| 8725 Youngerman Ct., Suite 206 | | |
| Jacksonville, FL 32244 | | |

/s/ Lei Mei
_____
Lei Mei

- 9 -
**UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659 – CASE NO. 3:10-CV-03961-WHA**