Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone: 202-256-1008
Facsimile: 888-706-1173

*Counsel for Defendant Adesso, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADESSO, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-01538-JLS-JLB<br><br>**DECLARATION OF LEI MEI IN SUPPORT OF DEFENDANT ADESSO, INC.'S MOTION FOR A DISCRETIONARY STAY** |

I, Lei Mei (SBN 240104), hereby declare as follows:

1. I am a partner of the law firm Mei & Mark LLP, counsel for Defendant Adesso, Inc.

2. I make this declaration in support of Defendant's Motion for a Discretionary Stay.

3. Attached to this declaration as Exhibit A is a true and correct copy of the web page printed from Adesso's website: http://www.adesso.com/search/search_products.php?keyword=nuscan (accessed Feb. 4, 2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 10th day of February, 2016, in Washington, D.C.

s/ Lei Mei
Lei Mei