| | |
|---|---|
| 1 | JAMES V. FAZIO, III (CSB NO. 183353) |
| | jamesfazio@sandiegoiplaw.com |
| 2 | TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042) |
| | trevorcoddington@sandiegoiplaw.com |
| 3 | SAN DIEGO IP LAW GROUP LLP |
| | 12526 High Bluff Drive, Suite 300 |
| 4 | San Diego, CA 92130 |
| | Telephone: (858) 792-3446 |
| 5 | Facsimile: (858) 792-3501 |
| 6 | Attorneys for Plaintiff, |
| | PATHWAY INNOVATIONS AND TECHNOLOGIES, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., a California corporation, | CASE NO. 3:15-CV-1538-JLS-JLB |
| 12 | | **CERTIFICATE OF SERVICE** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | ADESSO, INC.; a California corporation; and DOES 1 through 10, inclusive, | |
| 16 | | |
| 17 | Defendants. | |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I electronically filed the following document(s):

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

with the Clerk of the Court using the CM/ECF system.  A true and correct copy was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

**CM/ECF:** Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 13, 2016 at San Diego, California.

                                           /s/James V. Fazio
                                           James V. Fazio